United States District Court
Southern District of Texas
**ENTERED**
December 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| HANNAH HODGE-YEANEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:16-CV-00134 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER DISMISSING ACTION

On November 11, 2016, Plaintiff's counsel filed his motion to withdraw, reciting that Plaintiff, Hannah Hodge-Yeaney, would not communicate with him and had failed to cooperate with both written discovery and arrangements for her deposition. D.E. 13. Plaintiff did not object to the withdrawal of her counsel and has made no affirmative appearance pro se.

Now before the Court is Defendant Corpus Christi Independent School District's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 37(d) and 41(b), also reciting Plaintiff's failure to respond to discovery requests or appear for deposition, seeking dismissal as a sanction or for failure to prosecute. This motion was set for submission on December 7, 2016. Plaintiff has failed to respond to the motion, which is taken as a representation of no opposition under Local Rule 7.

The Court notes, in addition, that a number of deadlines in the Scheduling Order (D.E. 11) have passed without Plaintiff's cooperation in the prosecution of this case. In particular, she has not filed a designation of experts and has not participated in mediation.

After due consideration, the Court GRANTS Defendant's motion to dismiss (D.E. 15) and dismisses this action without prejudice for want of prosecution.

ORDERED this 9th day of December, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE